Los Esposos Polonio Ceballos y Juana Parrillas, demandantes y apelados, *v.* La Sucn. del Fallecido Francisco Alvarez, compuesta de Juana y Enriqueta González Pardiño, demandada y apelante.

No. 6190. *Sometido:* Marzo 6, 1933.—*Resuelto:* Marzo 8, 1933.

*Celestino Iriarte* y *F. Fernández Cuyar,* abogados de la apelante; *Angel A. Vázquez* y *Carlos D. Vázquez,* abogados de los apelados.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

Este pleito se inició por demanda reclamando la nulidad de cierto procedimiento hipotecario. La parte demandada excepcionó y contestó, establecindo además reconvención. Fué el pleito a juicio y la corte lo resolvió por sentencia declarando la demanda con lugar y con lugar la reconvención, condenando a la parte demandada al pago de las costas.

Ninguna de las partes apeló y firme la sentencia la demandante archivó su memorándum de costas incluyendo en él una partida de $500 por honorarios de abogado. Impugnó dicha partida, por excesiva, la demandada. La corte la

redujo a $200 "teniendo en cuenta el trabajo realmente realizado por el abogado del demandante, la importancia del caso y el grado de temeridad de la parte demandada."

De la resolución de la corte apeló la demandada y los demandantes han pedido la desestimación del recurso por frívolo.

Tenemos ante nosotros copias de las alegaciones del pleito; no de la transcripción de la evidencia. Sabemos lo que el juez afirmó. Las alegaciones revelan un pleito de relativa importancia. No consta la evidencia. No sabemos cómo fué el pleito. La cantidad concedida por la corte, dos quintas partes de la reclamada, está en armonía con lo que conocemos del pleito y tenemos que presumir que también lo está con lo que no conocemos del mismo.

En su alegato la apelante dice que se decretó la nulidad del procedimiento por uno solo de los varios motivos alegados y que se declaró con lugar su reconvención. Pero es lo cierto que la sentencia la condenó en costas con honorarios de abogado y que ella la consintió. Sólo cabe discutir la cuantía y es tan claro que no es excesiva la suma finalmente fijada por la corte, que seguir tramitando una apelación como ésta una vez llamada la atención sobre su frivolidad, no tendría justificación.

Debe desestimarse por frívolo el recurso.